## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

UNITED STATES OF AMERICA     CASE NO.  3:25-CR-00339-01

VERSUS           JUDGE TERRY A. DOUGHTY

ZA RAYVIOUS DE MONTE SIMPSON (01)   MAG. JUDGE KAYLA D. MCCLUSKY

## ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

Signed at Monroe, Louisiana on this 22nd day of December, 2025.

KAYLA D. MCCLUSKY
UNITED STATES MAGISTRATE JUDGE